UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-6985 MWF**                                                   Date: March 20, 2023

Title      **In Re Allana Baroni**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

|  Rita Sanchez  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Not Present                                              Not Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE BANKRUPTCY APPEAL**

A Notice of Appeal was filed in this action on September 27, 2022 (the "NoA"). (Docket No. 1). Appellants have filed three Ex Parte Applications for Extensions of Time to File the Opening briefs. (*See* Docket Nos. 9, 12 and 15). The Court granted each Application. (*See* Docket Nos. 11, 14 and 16). The Court filed the last Order granting the latest Application on February 27, 2023 (Docket No. 16), which set the deadline to file the Opening Brief as **March 3, 2023**. To date, no Application for a further extension of time has been filed, and Appellants have not filed the Opening Brief.

Accordingly, the Court **ORDERS** Appellants to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, Appellants may file the required **APPELLANTS' OPENING BRIEF by no later than APRIL 3, 2023**.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. If the required action is taken, no further response to the Order to Show Cause is necessary. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.